# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| UNITED STATES OF AMERICA, | : | |
|---|---|---|
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 2:11-CR-00026-RWS |
| DOUGLAS E. PERRY, JR. | : | |
| | : | |
| Defendant. | : | |
| | : | |

## **ORDER**

This case is before the Court for consideration of the Report and Recommendation [42] of Magistrate Judge Susan S. Cole. After reviewing the record, including the transcript [34] of the September 28, 2011 hearing and Defendant's Objections [43] to the Report and Recommendation, the Court enters the following Order. The Report and Recommendation is received with approval and adopted as the Opinion and Order of this Court. Having reviewed the transcript of the hearing, the Court agrees with the findings and conclusions set out in the Report and Recommendation. Accordingly, Defendant's Motion to Suppress Evidence and Statements [26] and Motion to Suppress Statements [27] are **DENIED**.

**SO ORDERED** this  23rd  day of February, 2012.

_____
**RICHARD W. STORY**
United States District Judge